# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Hystad Ceynar Minerals, LLC on behalf of itself and a class of similarly situated persons, ) ) ) ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| vs. ) | Case No. 1:22-cv-139 |
| Continental Resources, Inc., ) ) | |
| Defendant. ) | |

Before the Court is a Stipulation of Dismissal signed by all the parties filed on November 17, 2022. See Doc. No. 24. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 24) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2022.

/s/ Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court